IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ARTHUR L. JENKINS, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 3:11cv307-WHA |
| BRENT DAVIS, | ) (WO) |
| Defendant. | ) |

## **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #41), entered on June 14, 2012, the court ADOPTS the Recommendation, and it is hereby ORDERED as follows:

1. Defendant's Motion for Summary Judgment is GRANTED.

2. This case is DISMISSED with prejudice.

3. Final Judgment will be entered accordingly.

4. Costs are taxed against the Plaintiff.

DONE this 2nd day of July, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE