IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ARTHUR L. JENKINS, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 3:11cv307-WHA |
| BRENT DAVIS, | ) (WO) |
| Defendant. | ) |

## FINAL JUDGMENT

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Defendant, Brent Davis, and against the Plaintiff, Arthur L. Jenkins, and this case is DISMISSED with prejudice. Costs are taxed against the Plaintiff.

DONE this 2nd day of July, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE